In the Matter of the Arbitration between POPULAR PUBLICATIONS, INC., Appellant, and McCALL CORPORATION, Respondent.—

Concur — Capozzoli, J. P., Nunez, Kupferman, Steuer and Eager, JJ.